

**NUMBER 13-19-00022-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

KATHIE GRUSTEIN,                                                          Appellant,

v.

STEVE R. OVERTON,                                                         Appellee.

---

**On appeal from the 198th District Court
of Bandera County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Benavides, Longoria, and Hinojosa
Memorandum Opinion by Justice Longoria**

Appellant Kathie Grustein attempted to appeal a judgment entered by the 198th

District Court of Bandera County on September 18, 2018.[1]   On January 15, 2019, the

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals in San Antonio pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2017 1st C.S.).

Clerk of this Court requested appellant to pay the filing fee for the notice of appeal within ten days. On January 28, 2019, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that he was delinquent in paying the filing fee and that we would dismiss this appeal unless the $205.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). Appellant has not responded to the notice from the Clerk or paid the filing fee. *See* TEX. R. APP. P. 5; *id.* R. 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* R. 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

NORA L. LONGORIA
Justice

Delivered and filed the
28th day of February, 2019.